UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joyce Gholston, John Alvin Gholston,

      Plaintiffs,                     Civil No. 05-2393 (RHK/JSM)

vs.                              **DISQUALIFICATION AND**
                                   **ORDER FOR REASSIGNMENT**

Wyeth, Wyeth Pharmaceuticals, Inc.,
Pfizer Inc., Pharmacia and Upjohn Company,
LLC, Pharmacia Corporation,

      Defendants.


      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: December 20, 2005

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge